UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT J. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRISIL, et al.,<br><br>　　　　　　Defendants. | No. 2:14-cv-0790 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The matter is currently in the discovery phase. A potentially dispositive motion for summary judgment has also been filed by defendants. See ECF No. 38.

On August 31, 2017, plaintiff filed a motion to compel discovery. ECF No. 36. In it, he asserted that the interrogatories he had served on defendants "Dr. John" and "Dr. Prisil" that were dated June 28, 2017 had not been responded to in a timely manner, and he effectively requested that the court order defendants to respond to them. See generally id. at 1-2.

On September 20, 2017, defendants filed a response to plaintiff's motion. ECF No. 37. In it, defendants stated that defendant Don Purcell[1] had served initial and amended responses to plaintiff's discovery on September 8, 2017 and September 11, 2017, respectively, and that

---

[1] Defendant "Dr. Prisil" appears to be defendant Don Purcell. See ECF No. 37.

1

defendant John Maike[2] had served his responses to plaintiff's discovery on September 5, 2017. See ECF No. 37.  Since then, neither party has communicated to this court that they have had additional problems with the receipt of discovery responses.  On this record, the court concludes that plaintiff has received responsive discovery from defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 31, 2017 motion to compel discovery (ECF No. 36) is DENIED as moot, and

2. The Clerk of Court is to correct the spellings of the names of the defendants in the case caption of the docket to reflect the true and complete spellings and/or identities of defendants as follows:

    a. Defendant "Prisil" is to be corrected to "Don Purcell":

    b. Defendant "John" is to be corrected to "John Maike";

    c. Defendant "Yuo" is to be corrected to "Hae-Sook Yuo, M.D.", and

    d. Defendant "Angie Jin" is to be corrected to "Angie Jin, R.N."

DATED: February 15, 2018

                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE

---

[2] Defendant "Dr. John" appears to be defendant John Maike.  See ECF No. 37.  The court will order the Clerk of Court to correct misspellings of all defendants' names in the docket to reflect their true spellings.  The changes will be in accord with the collective spellings listed in the attorney address / represented party block on the first page of defendants' pleadings.